YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Plaintiff
John D. Gallagher



11/15/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>MARIE-EMMANUELLE QUILICHINI<br>(AKA YAELLE BYRD),<br><br>    Defendant. | Case No. 5:10-CV-3031 JW<br><br>[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

   Having considered Defendant Marie-Emmanuelle Quilichini's ("Defendant") request for an extension of time to January 18, 2011 for Defendant to file her answer or otherwise respond to the Complaint filed July 9, 2010, the Court hereby grants the requested extension. Defendant shall have until **December 20, 2010** to file her answer or otherwise respond to the Complaint.

IT IS SO ORDERED AS MODIFIED.

The Court continues the November 29, 2010 Case Management Conference **to December 20, 2010 at 10:00 AM.** On or before **December 10, 2010**, the parties shall file a joint statement with their proposed schedule on how the case should proceed.

Dated: November 15, 2010

_____
United States District Judge

1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT