YANO L. RUBINSTEIN (SBN: 214277)
yano@mbvlaw.com
PHILLIP SELTZER (SBN: 267738)
phillip@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Plaintiff
John D. Gallagher

*IT IS SO ORDERED*
*Judge James Ware*
3/17/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>MARIE-EMMANUELLE QUILICHINI (AKA YAELLE BYRD),<br><br>    Defendant. | Case No. CV-10-3031-JW<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or her own attorneys' fees and costs. The Clerk shall close this file.

DATED: March 11, 2011          MBV LAW LLP

                               By:     /s/ Phillip Seltzer
                                     Yano L. Rubinstein
                                     Phillip Seltzer
                                     Attorneys For Plaintiff
                                     John D. Gallagher

DATED: March 11, 2011          HANKIN PATENT LAW, PC

                               By:     /Marc E. Hankin/
                                     Marc E. Hankin
                                     Attorneys For Defendant
                                     Marie-Emmanuelle Quilichini aka Yaelle Byrd